FILED & ENTERED

APR 22 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LANCE EUGENE KELSEY,<br><br>Debtor. | Case No: 2:13-bk-13076 ER<br><br>Chapter: 7<br><br>ORDER DENYING MOTION TO STRIKE/ SET ASIDE NOTICE OF NON-ENTITLEMENT TO DISCHARGE PURSUANT TO 11 U.S.C. SECTION 727(a)(8) or (9) |

On March 26, 2013, the Court entered a Notice of Non-Entitlement to Discharge Pursuant to 11 U.S.C. Section 727(a)(8) or (9) ("Notice"). Debtor received a discharge in a previous bankruptcy case (case no. 2:11-bk-39277) on November 8, 2011. On April 8, 2013, the Debtor filed a "Motion to Strike/Set Aside Notice of Non-Entitlement to Discharge Pursuant to 11 U.S.C. Section 727(a)(8) or (9)" ("Motion"). Pursuant to the Motion, it appears that Debtor claims that the Notice should be set aside, because the Clerk of the Court has not amended his petition to reflect his trade names, or his "business bankruptcy named Lance Eugene Kelsey Bankruptcy Estate Dated 1/18/13." Motion at 2. Consequently, Debtor asserts that "this is not another bankruptcy filed within [the] last 8 years as [the] clerk claims." Id.

- 1

The Court's review of Debtor's petition indicates that Debtor listed the following trade names: Kelsey's Termite Co. et al., Kelsey's Termite Co., Inc. et al., Kelsey's Termite Control Co. et al., Kelsey's Termite Company, Inc. et al., and Inspector Lance.  Notwithstanding, the foregoing entities are not individuals, and are, therefore, not entitled to receive a discharge pursuant to 11 U.S.C. § 727(a)(1). Consequently, the listing of these trade names does not permit the issuance of a discharge in this bankruptcy case.   In addition, it is unclear whether the "business bankruptcy entity" is an actual commercial enterprise.  Even if it is, however, it also would not be entitled to a discharge under § 727(a)(1).

Based on the foregoing, the only Debtor left in this bankruptcy case is individual, Lance Eugene Kelsey, who received a discharge within the last eight years.  Consequently, there is no basis to strike the Notice and the Court denies the Motion.

IT IS SO ORDERED

###

Date: April 22, 2013

Ernest M. Robles
United States Bankruptcy Judge

- 2 -

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER DENYING MOTION TO STRIKE/ SET ASIDE NOTICE OF NON-ENTITLEMENT TO DISCHARGE PURSUANT TO 11 U.S.C. SECTION 727(a)(8) or (9) was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 22, 2013, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Wesley H Avery (TR)    wamiracle6@yahoo.com, jmoattrustee@gmail.com;C117@ecfcbis.com

Nichole Glowin    nglowin@wrightlegal.net, bkgroup@wrightlegal.net

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Lance Eugene Kelsey
PO Box 43073
Los Angeles, CA 90043

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below: